IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

BENJAMIN KARL STEWART                                                                           PLAINTIFF

v.                                          Case No. 6:21-cv-6005

CORPORAL HAMILTON, Arkansas
Division of Community Correction,
Omega Unit                                                                                      DEFENDANT

## ORDER

This is a civil rights action filed by the Plaintiff pursuant to 42 U.S.C. § 1983.  Plaintiff proceeds *pro se* and *in forma pauperis* ("IFP").

By an Order (ECF No. 7) entered on January 28, 2021, the Court noted that Plaintiff was no longer incarcerated.  In such cases, the Court directs a plaintiff to file a new IFP application to see if they are still eligible for IFP status.  Plaintiff was directed to file a new application to proceed IFP.  The IFP application was due by February 18, 2021.  When Plaintiff failed to file the IFP application by the required date, a Show Cause Order (ECF No. 8) was entered.  The show cause response was due by March 22, 2021.

To date, Plaintiff has not filed his IFP application.  Plaintiff has not sought an extension of time to comply with the Order.  Additionally, Plaintiff has not responded to the Show Cause Order or sought an extension of time to do so.  No mail has been returned as undeliverable.

The Federal Rules of Civil Procedure specifically contemplate dismissal of a case on the ground that the plaintiff failed to prosecute or failed to comply with an order of the court.  Fed. R. Civ. P. 41(b); *Line v. Wabash R.R. Co.*, 370 U.S. 626, 630-31 (1962) (stating that the district court possesses the power to dismiss *sua sponte* under Rule 41(b)).  Pursuant to Rule 41(b), a district court has the power to dismiss an action based on "the plaintiff's failure to comply with *any* court order."  *Brown v. Frey*, 806 F.2d 801, 803-04 (8th Cir. 1986) (emphasis added).  Additionally,

Rule 5.5(c)(2) of the Local Rules for the Eastern and Western Districts of Arkansas requires parties appearing *pro se* to monitor the case, and to prosecute or defend the action diligently.

Accordingly, the Court finds that Plaintiff's Complaint should be and hereby is **DISMISSED WITHOUT PREJUDICE** based on Plaintiff's failure to prosecute this case, his failure to obey an order of the Court, and his failure to comply with Local Rule 5.5(c)(2). Fed. R. Civ. P. 41(b).

**IT IS SO ORDERED**, this 19th day of April, 2021.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge